# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOWNEY et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SEARS ROEBUCK AND CO et al., <br><br> Defendants. | Case No. 15cv1904-MMA DHB <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE** <br><br> [Doc. No. 10] |

The Court, having considered the joint motion and stipulation of the parties, and good cause appearing, orders as follows:

1. This action is dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.
2. Each party shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: September 15, 2015

_____
Hon. Michael M. Anello
United States District Judge